UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| Ella Louise Gray, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| Lisa Brent, ) | |
| Owner & CEO of Wingate Hotel, ) | No. 7:13-CV-98-BR |
| ) | |
| Defendants. ) | |
| ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt on the 8 November 2013 Memorandum and Recommendation ("M&R") (DE#6) of Magistrate Judge Robert B. Jones, Jr. Regarding the application filed by plaintiff Ella Louise Gray to proceed in forma pauperis and for frivolity review pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS ORDERED, ADJUDGED AND DECREED** plaintiff's Motion for Delay and Continuance, Motion to Consolidate Cases, and Motion to Reassign Case (DE # 4) are DENIED. Plaintiff's Motion to Delay Scheduling of Case, Motion for Reconsideration regarding Court Appointment of Counsel, and Motion for Extension of Time to Seek Private Counsel (DE # 9) are DENIED. The motion to Review and Consolidate Cases (DE # 22) is also DENIED. The court ADOPTS as its own the findings and recommendations of the magistrate judge (DE # 6). Plaintiff's application to proceed in forma pauperis is GRANTED, and plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff's Motion to Correct Civil Cover Sheet to Reflect Jury Demand (DE # 4) and Motion in Limine (DE # 21) are DENIED AS MOOT. The Clerk is DIRECTED to close the case.

**This judgment filed and entered on April 2, 2014, and served on:**

Ella Louise Gray (Via US Mail at 5229 Market Street, Room 216, Wilmington, NC 28405)

April 2, 2014            /s/ Julie A. Richards,
                              Clerk of Court