UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-198-BR

| | |
|---|---|
| ELLA LOUISE GRAY, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| LISA BRENT, Manager, Wingate Hotel, and, OWNER & CEO OF WINGATE HOTEL, | ) |
| Defendants. | ) |

This matter is before the court on the 21 April 2014 motion for reconsideration (DE # 30) filed by plaintiff Ella Louise Gray ("plaintiff"). This motion appears to be substantively similar to the motion for reconsideration that plaintiff filed on 10 April 2014. (DE # 28.) The only difference between the two motions is that plaintiff has filed a fifteen-page attachment (DE # 30-1) consisting of various documents in support of the current motion. For the reasons stated in the court's 18 April 2014 order (DE # 29) on plaintiff's first motion for reconsideration, the instant motion for reconsideration is DENIED.

This 25 April 2014.

_____
W. Earl Britt
Senior U.S. District Judge